IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


KENNETH O. ANNAN                                                    PLAINTIFF


VS.                              CASE NO. 08-CV-1050


SOUTHERN ARKANSAS UNIVERSITY                                       DEFENDANT


### ORDER

Before the Court is the Report and Recommendation filed on October 22, 2008, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(Doc. No. 10).  Ten (10) days have passed without objections being filed by the parties.  The

Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that no federal claim is stated in the Plaintiff's Complaint

against Defendant Southern Arkansas University.  Therefore, the Complaint should not be served

on the Defendant and the case should be and hereby is **dismissed**.

IT IS SO ORDERED, this 12th day of November, 2008.


    /s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge